WILLIAM H. PAYNE AND ANOTHER, RESPONDENTS, *v.* THE KINGS COUNTY MANUFACTURING COMPANY, APPELLANT.

*Answer — admissions contained in, cannot be read upon trial, after service of an amended answer.*

After the service of an amended complaint and answer in an action, it is irregular for the plaintiff's counsel, in summing up the case, to read the admissions contained in the answer to the original complaint. But a judgment will not be set aside on the ground of such irregularity, when the facts so admitted are conclusively proved by other evidence.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*C. W. Pleasants*, for the appellant.

*Abbott Brothers*, for the respondents.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.